```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   WESTERN DIVISION
```

UNITED STATES OF AMERICA

VS.                                    CRIMINAL NO. 5:05-cr-19

BYRON DANIEL                                         DEFENDANT

### ORDER

This cause is before the Court on the government's Motion to Correct Typographical Error in Indictment [**docket entry no. 34**]. The defendant in this action was incorrectly identified in the indictment and subsequent pleadings by the government as "Byron Daniels." His correct name, however, is "Byron Daniel." Accordingly,

IT IS HEREBY ORDERED that the government's Motion to Correct Typographical Error in Indictment [**docket entry no. 34**] is **GRANTED**;

IT IS FURTHER ORDERED that the indictment, all pleadings and orders, as well as the caption of the case be amended so as to reflect the defendant's correct name, "Byron Daniel";

SO ORDERED, this the 26th day of May, 2006.

                              S/DAVID BRAMLETTE
                              UNITED STATES DISTRICT JUDGE